

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE MATTER OF THE ESTATE OF JOSEPH ABRAHAM, JR. A/K/A JOSEPH (SIB) ABRAHAM, | § | No. 08-18-00089-CV |
| | § | Appeal from the |
| Appellant. | § | Probate Court No. 1 |
| | § | of El Paso County, Texas |
| | § | (TC# 2014-CPR02054) |
| | § | |

# **O R D E R**

This Court has received and filed Appellee's notice of Appellant's suggestion of bankruptcy under Chapter 11 of the Bankruptcy Code. Pursuant to 11 U.S.C. § 362, any further action in this appeal is automatically stayed. Under these circumstances, and for administrative purposes, it is ORDERED that this appeal is removed from the Court's docket and abated. The appeal will be reinstated upon proper motion showing that the stay has been lifted and specifying the action required by this Court.

Accordingly, the appeal is abated.

IT IS SO ORDERED this 23rd day of October, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.